UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL D. HENDERSON,<br><br>   Plaintiff,<br>   v.<br><br>L. SPRAGUE MD, *et al.*,<br><br>   Defendants. | No. CV 17-6314 MWF (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: September 24, 2019

      MICHAEL W. FITZGERALD
      United States District Judge